
RECEIVED
FEB 0 6 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| MARY BOURQUE | CIVIL ACTION 05-0051 |
| VERSUS | CHIEF JUDGE HAIK |
| COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE HILL |

*********************************************************************

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record and the applicable jurisprudence, and noting the absence of objections, this Court concludes that the findings and recommendations of the Magistrate Judge are correct and adopts the conclusions set forth therein.

Accordingly, **IT IS ORDERED, ADJUDGED, and DECREED** that this case is hereby **REMANDED** to the Commissioner for further administrative action pursuant to the fourth sentence of 42 U.S.C. section 405(g). This includes, but does not limit, sending this case to the hearing level with instructions to the administrative law judge to obtain an opinion from Dr. Stephen Goldware or Dr. David Muldowny as to the extent of the plaintiff's impairment on or before December 31, 1999. Claimant shall be afforded the opportunity to submit additional evidence and testify at the supplemental hearing.

THUS DONE AND SIGNED on this the 3rd day of February, 2006.

_____
CHIEF JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA